Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-395-813**
**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** How to Chill Like a Cat

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** March 26, 2013
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm


B. Calm
The Feline Guide to Feeling Fine
Nine Lives & How to Spend Them
T. Cat
Escaping the Rat Race
Micklyn.
1001 New Ways to Relax

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-396-036**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

## Title

**Title of Work:** The Essential Guinea Pig

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 20, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-392-443**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

## Title

**Title of Work:** Dinosaurs and Roses - white

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 12, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-395-815**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Laughing Baby Elephants – emerald and turquoise

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 17, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-816**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Lots of Little Penguins on mint

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 03, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-396-038**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

## Title

**Title of Work:** Watercolor Fruit Patterned Butterflies - aqua and sapphire

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 12, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-392-455**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

## Title

**Title of Work:** Guinea Pigs and Daisies in Watercolor

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 21, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-886**
**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Pink Giraffe Pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 28, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-392-448**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

## Title

**Title of Work:** Gilded Moroccan Mosaic Tiles with Palm Leaves

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 06, 2018
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-392-451**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

## Title

**Title of Work:** Gilt & Glory - Colorful Moroccan Mosaic

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 30, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-873**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Marble Moroccan Tile Pattern

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 24, 2019
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
**VA 2-392-413**
**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

## Title

**Title of Work:** Butterflies and Hibiscus Flowers - a painted pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 12, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

