**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JENNIFER LE FEUVRE,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-01237

Judge Robert W. Gettleman

Magistrate Judge Gabriel A. Fuentes

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 9 | funwaytech |
| 11 | chen lin shang wu |
| 13 | Taylor StitcA |
| 16 | Xiamenyeci |
| 17 | ANUWKS |
| 22 | Childishness NO.1 |
| 26 | SHIDESHIN |
| 27 | QIPWM |
| 28 | SEMYEIYO |
| 29 | FUNWING PARTY SUPPLIES |
| 36 | UBOFUGS |
| 37 | Lensenda |
| 38 | Crymow-XY |
| 39 | MAQIYI |
| 40 | QQChy |
| 42 | SSNLNBF |
| 50 | MingRui USA |
| 53 | CTTYKJ US |
| 54 | FRZG |
| 56 | Joyppy |
| 57 | Baiting |

| | |
|---|---|
| 58 | YINGUANMEI |
| 60 | JUN MIN INC |
| 61 | Bcrafene |
| 64 | MXWL |
| 65 | Jschunshop |
| 69 | SUOONTAN |
| 72 | CNhoqc |
| 77 | sxtgfuzasdqwe-1 |
| 93 | guangzhouweilishangma |
| 97 | FUNSTORE US |
| 98 | xishuai2024 |
| 102 | quanzhoushihuaicongwangluokejiyouxiangongsi |
| 103 | Longhua District Ruipinsheng |
| 107 | Hanniya Lightning Deals Today 2024 Clearance Sales |
| 111 | Martmory 7-15 Days Arrive |
| 113 | GSPCLAM Boutique Online |
| 117 | YNGWIAO |
| 122 | StarEasonsu |
| 124 | Generic(Lightning Deals) |
| 125 | Mateisy8 |
| 131 | bosheng |
| 133 | zhangwenjing |
| 134 | lilamaoyi |
| 136 | Home Boutique Corner |
| 149 | Yip King Trading Co., Ltd. |
| 150 | cailixing |
| 152 | rongtangmaoyi |
| 154 | PanKo Shop |
| 155 | DongJinDingZhi |

DATED: March 6, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 6, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                         */s/ Keith A. Vogt*
                                                         Keith A. Vogt